IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAM JONES, ) | |
| ID # 1787475, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:17-CV-1028-B-BH |
| ) | |
| LORIE DAVIS, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Petitioner/Appellant Request for an Certificate of Appealability*, received on November 13, 2019 (doc. 57), is hereby **DENIED**.

**SIGNED** this 31st day of December, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE